UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GPIF-I EQUITY CO., LTD and<br>GPIF-I FINANCE CO., LTD                Plaintiff,<br><br>-v-<br><br>HDG MANSUR INVESTMENT SERVICES,<br>INC., HDGM ADVISORY SERVICES, LLC,<br>and HAROLD D. GARRISON,<br>                                                           Defendant. | Case No. 1:13-cv-00547-CM<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

HDG MANSUR INVESTMENT SERVICES, INC.    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

(NONE)

**Date:** 1/29/13

*[signature]*
**Signature of Attorney**

**Attorney Bar Code:** _____

Form Rule7_1.pdf   SDNY Web 10/2007