UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GPIF-I EQUITY CO., LTD. and
GPIF-I FINANCE CO., LTD.,

                           Plaintiffs,

              -against-

HDG MANSUR INVESTMENT SERVICES, INC.,
HDGM ADVISORY SERVICES, LLC and
HAROLD D. GARRISON

                         Defendants.

---------------------------------------------------------------X

Case No. _____

13 CIV 547

[RECEIVED JAN 24 2013 U.S. CASHIERS stamp]

## PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs GPIF-I Equity Co., Ltd. and GPIF-I Finance Co., Ltd. (the "Funds") state as follows:

The Funds do not have any parent corporation, and there is no publicly held corporation that owns 10% or more of the Funds' shares.

Dated: New York, New York
January 24, 2013

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: _____
    Charles C. Platt
    Jeremy S. Winer

7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8800
Fax: (212) 230-8888

*Attorneys for Plaintiffs GPIF-I Equity Co., Ltd. and GPIF-I Finance Co., Ltd.*