EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GPIF-I EQUITY CO., LTD, and
GPIF-I FINANCE CO., LTD.,                    Case No. 13 CV 547
                                             AFFIDAVIT OF SERVICE

                        Plaintiff(s),

     -against-

HDG MANSUR INVESTMENT SERVICES, INC.,
HDGM ADVISORY SERVICES, LLC, and
HAROLD D. GARRISON,

                        Defendant(s).
------------------------------------------------------------------X

STATE OF INDIANA    )
                             :s.s.:
COUNTY OF MARION  )

        CAROLYN ROSENBERG, being duly sworn, deposes and says:

        I am not a party to this action, am over the age of eighteen years of age, and reside in the State of Indiana.

    I am an agent for EPS Judicial Process Service, Inc. and received a true signed copy of the Order to Show Cause for Preliminary Injunction, dated January 24, 2013, by the Honorable Colleen McMahon along with true copies of the Declaration of Deborah Hazell; GPIF I Equity Co., Ltd. and GPIF-I Finance Co., Ltd.'s Memorandum of Law in Support of their Motion for Preliminary Injunction; Summons in a Civil Action; Complaint; Civil Cover Sheet; Plaintiff's Rule 7.1 Disclosure Statement; Individual Practices and Procedures of Judge Colleen McMahon and Electronic Case Filing Rules & Instructions for the above entitled-action to be served upon HDGM Advisory Services, LLC, defendant herein named.

On the 25th day of January, 2013, at approximately 3:08 p.m. at 10 West Market Street, Suite 1200, Indianapolis, Indiana, I served a true signed copy of the ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION, dated January 24, 2013, by the Honorable Colleen McMahon along with true copies of the DECLARATION OF DEBORAH HAZELL; GPIF I EQUITY CO., LTD. AND GPIF-I FINANCE CO., LTD.'S MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION; SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT; INDIVIDUAL PRACTICES AND PROCEDURES OF JUDGE COLLEEN MCMAHON and ELECTRONIC CASE FILING RULES & INSTRUCTIONS, in the above entitled-action, upon HDGM ADVISORY SERVICES, LLC, defendant herein named, by personally delivering to and leaving thereat true signed copies of the above mentioned documents with Louise Gilbert. At time of service, Ms. Gilbert identified herself as the Administrative Assistant for HDGM Advisory Services, LLC and as a person authorized to accept service of process for HDGM Advisory Services, LLC.

Ms. Gilbert is a Caucasian female, approximately 60-65 years of age, 5'4" tall, 150 lbs, with light hair and dark eyes.

Sworn to before me this,
29th day of January, 2013

__Brenda J. McGinley__
NOTARY PUBLIC

BRENDA J. MCGINLEY
Notary Public, State of Indiana
Marion County
My Commission Expires
October 28, 2015

__Carolyn Rosenberg__
CAROLYN ROSENBERG
Process Server