UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GPIF-I EQUITY CO., LTD. and
GPIF-I FINANCE CO., LTD.,                      :        Case No. 13-00547 (CM)
                                                                                   :
                                                       Plaintiffs, :
                                                                                    :
                      -against-                      :
                                                                                   :
HDG MANSUR INVESTMENT SERVICES, INC.,
HDGM ADVISORY SERVICES, LLC, and
HAROLD D. GARRISON                         :
                                                                                   :
                                                       Defendants. :
------------------------------------------------------------------X

## NOTICE OF MOTION FOR SUMMARY JUDGMENT ON COUNT II

PLEASE TAKE NOTICE that, upon Plaintiffs' Memorandum of Law in Support of Their Motion for Summary Judgment on Count II, Breach of Contract; Plaintiffs' Rule 56.1 Statement of Material Facts; and the Declaration of Deborah Hazell (and exhibits thereto), Plaintiffs move this Court for an order granting Plaintiffs summary judgment against HDG Mansur Investment Services, Inc. and HDGM Advisory Services, LLC ("Defendants") on Count II of the Complaint, for breach of contract, and for an order entering judgment against Defendants in the amount of $5,818,682 plus prejudgment interest.

Pursuant to the Court's direction at the January 31, 2013 hearing, opposition papers, if any, are due on or before February 15, 2013.

Dated: New York, New York
February 5, 2013

        **WILMER CUTLER PICKERING
         HALE AND DORR LLP**

By: /s/ Charles C. Platt_____
     Charles C. Platt
     Jeremy S. Winer
     7 World Trade Center
     250 Greenwich Street
     New York, New York 10007
     Tel: (212) 230-8800

*Attorneys for Plaintiffs GPIF-I Equity Co., Ltd. and GPIF-I Finance Co., Ltd.*