UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
GPIF-I EQUITY CO., LTD. and                       :
GPIF-I FINANCE CO., LTD.,                         :
                                                  :
       Plaintiffs-Counterclaim Defendants,   :
v.                                                :   Case No. 13 Civ 547 (CM)
                                                  :
HDG MANSUR INVESTMENT SERVICES, INC.,             :
HDGM ADVISORY SERVICES, LLC, and                  :
HAROLD D. GARRISON                                :   **NOTICE OF MOTION**
                                                  :   **TO DISMISS THE**
       Defendants-Counterclaim Plaintiffs.   :   **THIRD-PARTY COMPLAINT**
-------------------------------------------------------------------- x
HDG MANSUR INVESTMENT SERVICES, INC.,             :
and HDGM ADVISORY SERVICES, LLC,                  :
                                                  :
       Third-Party Plaintiffs,               :
                                                  :
v.                                                :
                                                  :
HSBC SECURITIES (USA) INC.                        :
                                                  :
       Third-Party Defendant.                :
-------------------------------------------------------------------- x

      PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of HSBC Securities (USA) Inc.'s Motion to Dismiss the Third-Party Complaint, third-party defendant HSBC Securities (USA) Inc. will move this Court before the Honorable Colleen McMahon, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date to be determined, for an Order granting its motion to dismiss the third-party complaint asserted by third-party plaintiffs HDG Mansur Investment Services, Inc. and HDGM Advisory Services, LLC.

1

Dated: New York, New York           WILMER CUTLER PICKERING
      March 11, 2013                            HALE AND DORR LLP

                                                        By:   /s/ Charles C. Platt
                                                                Charles C. Platt
                                                                 Jeremy S. Winer
                                                          7 World Trade Center
                                                          250 Greenwich Street
                                                          New York, New York 10007
                                                          Tel: (212) 230-8800
                                                          Fax: (212) 230-8888

                                                          *Attorneys for Third-Party Defendant HSBC Securities (USA) Inc.*