UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

| | |
|---|---|
| GPIF-I EQUITY CO., LTD. and GPIF-I FINANCE CO., LTD., | : |
| Plaintiffs-Counterclaim Defendants, | : |
| v. | : Case No. 13 Civ 547 (CM) |
| HDG MANSUR INVESTMENT SERVICES, INC., HDGM ADVISORY SERVICES, LLC, and HAROLD D. GARRISON | : |
| Defendants-Counterclaim Plaintiffs. | : |

------------------------------------------------------------------ x

HDG MANSUR INVESTMENT SERVICES, INC., and HDGM ADVISORY SERVICES, LLC,

      Third-Party Plaintiffs,

v.

HSBC SECURITIES (USA) INC.

      Third-Party Defendant.

------------------------------------------------------------------ x

### CORPORATE DISCLOSURE STATEMENT OF THIRD-PARTY DEFENDANT HSBC SECURITIES (USA) INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, third-party defendant HSBC Securities (USA) Inc., through its undersigned counsel, hereby states as follows:

HSBC Securities (USA) Inc. is a wholly owned indirect subsidiary of HSBC Holding plc, a United Kingdom public limited company.  No other publicly held company owns 10% or more of HSBC Securities (USA) Inc.

| | |
|---|---|
| Dated: New York, New York<br>March 11, 2013 | WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br><br>By:  \_/s/ Charles C. Platt_____<br>     Charles C. Platt<br>     Jeremy S. Winer<br>   7 World Trade Center<br>   250 Greenwich Street<br>   New York, New York 10007<br>   Tel: (212) 230-8800<br>   Fax: (212) 230-8888<br><br>   *Attorneys for Third-Party Defendant HSBC Securities (USA) Inc.* |