# MINTZ LEVIN

Francis J. Earley | 212 692 6230 | fearley@mintz.com

Chrysler Center
666 Third Avenue
New York, NY 10017
212-935-3000
212-983-3115 fax
www.mintz.com

## MEMO ENDORSED

March 20, 2013

3/21/2013 OK -7 docket the fax

**VIA FACSIMILE**

Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Courtroom: 14C
New York, NY 10007-1312

Re:   *GPIF-I Equity Co., LTD and GPIF-I Finance Co., LTD v. HDG Mansur Investment Services, Inc., et. al.*, Case No. 13 Civ 547 (CM)

Dear Judge McMahon:

I am counsel for HDG Mansur Investment Services Inc. and HDGM Advisory Services, LLC ("Third-Party Plaintiffs") in the above-referenced matter. On Monday, March 11, 2013, Third-Party Defendant HSBC Securities (USA) Inc. filed a motion to dismiss the Third-Party Complaint. In accordance with your Individual Practice and Procedures, Third-Party Plaintiffs must file their opposition to this motion by Monday, March 25, 2013. Third-Party Plaintiffs respectfully request that this deadline be extended one week to Monday, April 1, 2013, and Third-Party Defendant's Reply be extended to Monday, April 8, 2013. This is Third-Party Plaintiffs first request for any extension in the above-referenced matter, and Third-Party Defendant has consented to this request.

I am available at the Court's convenience to discuss the above request.

Respectfully submitted,

*Francis Earley*

Francis J. Earley

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/13

cc:   Charles C. Platt *(via email)*
      Jeremy S. Winer *(via email)*

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

BOSTON | WASHINGTON | NEW YORK | STAMFORD | RESTON | LOS ANGELES | PALO ALTO | SAN DIEGO | LONDON