UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

GPIF-I Equity Co., Ltd., et al.,

                Plaintiff(s),                      13   Civ.  547  (CM) (AJP)

                                                               ORDER OF REFERENCE
          -against-                                 TO A MAGISTRATE JUDGE

HDG Mansur Investment Services, et al.,
                Defendant(s).
--------------------------------------------------------X

The above entitled action is referred to the Honorable Andrew J. Peck, United States Magistrate Judge for the following purpose(s):

\_\_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

✓ Specific Non-Dispositive Motion/Dispute:*
    Discovery Disputes

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

        Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_\_\_ Habeas Corpus

\_\_\_\_\_ Social Security

\_\_\_\_\_ Settlement*

\_\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation

\_\_\_\_\_ Inquest After Default/Damages Hearing

        Particular Motion:_____

        All such motions:_____

[Stamp: USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED: 8/14/13]

* Do not check if already assigned for general pretrial.

Dated: 8/14/2013
New York, New York

                                                      SO ORDERED:

                                                        Hon. Colleen McMahon
                                                        United States District Judge