# MINTZ LEVIN

Francis J. Earley | 212 692 6230 | fearley@mintz.com

Chrysler Center
666 Third Avenue
New York, NY 10017
212-935-3000
212-983-3115 fax
www.mintz.com

September 25, 2013

**VIA ECF**

Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Courtroom: 14C
New York, NY 10007-1312

RECEIVED SEP 25 2013 CHAMBERS OF COLLEEN MCMAHON

Re: ***GPIF-I Equity Co., Ltd. et al. v. HDG Mansur Investment Services, Inc., et. al.,***
***Case No. 13 Civ 547 (CM)***

MEMO ENDORSED

Dear Judge McMahon:

I am counsel for HDG Mansur Investment Services Inc. and HDGM Advisory Services, LLC ("Defendants") in the above-referenced matter. On Monday, September 16, 2013, GPIF-I Equity Co., Ltd. and GPIF-I Finance Co., Ltd. ("Plaintiffs") filed a motion to for summary judgment on Defendants' counterclaims. In accordance with your Individual Practice and Procedures, Defendants must file their opposition to this motion by Monday, September 30, 2013.

Defendants respectfully request that this deadline be extended one week to Monday, September 8, 2013. This is Defendants' first request for such an extension, and Plaintiffs have consented to this request.

I am available at the Court's convenience to discuss the above request.

Respectfully submitted,

*Francis Earley*

Francis J. Earley

cc: Charles C. Platt, Esq.
Stephanie D. Shuler, Esq.
Fiona J. Kaye, Esq.

[Handwritten memo endorsement: "9/26/2013 I assume you mean October 8. The extension is granted. 9/26/13"]

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

BOSTON | WASHINGTON | NEW YORK | STAMFORD | RESTON | LOS ANGELES | PALO ALTO | SAN DIEGO | LONDON