USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10-3-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
GPIF-I EQUITY CO., LTD.,

                         Plaintiff,

               -against-

HDG MANSUR INVESTMENT SERVICES, INC.,
HDGM ADVISORY SERVICES LLC, AND HAROLD
D. GARRISON, V. HSBC SECURITIES (USA) INC.,

                        Defendants.
------------------------------------- x

13 Civ. 0547 (CM) (AJP)

**RULE 502(d) ORDER**

**ANDREW J. PECK, United States Magistrate Judge:**

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

        SO ORDERED.

Dated:        New York, New York
                 October 3, 2013

                                            Andrew J. Peck
                                            United States Magistrate Judge

Copies **by ECF** to:   All Counsel
                          Judge Colleen McMahon