UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GPIF-I EQUITY CO., LTD. and
GPIF-I FINANCE CO., LTD.,

        Plaintiffs-Counterclaim Defendants,

v.

HDG MANSUR INVESTMENT SERVICES, INC.,
HDGM ADVISORY SERVICES, LLC, and
HAROLD D. GARRISON

        Defendants-Counterclaim Plaintiffs.
-----------------------------------------------------------------x

**Case No. 13 Civ 547 (CM)**

## NOTICE OF CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY ON COUNT I OF DEFENDANTS' COUNTERCLAIMS

PLEASE TAKE NOTICE that Defendants-Counterclaim Plaintiffs HDG Mansur Investment Services, Inc., HDGM Advisory Services, LLC, and Harold D. Garrison (together the "Defendants"), by their undersigned attorneys, will move this Court before the Honorable Colleen McMahon, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York 10017, on a date to be determined, for an Order pursuant to Rule 56(a) of the Federal Rules of the Civil Procedure granting Defendants' cross-motion for partial summary judgment on liability on their breach of contract counterclaim (Count I).

The motion is supported by the Declaration of Harold D. Garrison dated October 7, 2013 (and exhibits thereto), Defendants' Rule 56.1 Statement and Counterstatement of Material Facts, and the accompanying Memorandum of law.

| | |
|---|---|
| Dated: October 7, 2013<br>New York, New York | MINTZ LEVIN COHN FERRIS<br>GLOVSKY AND POPEO, P.C.<br><br>By: /s/ Francis Earley<br>Francis J. Earley<br>John S. McMahon III<br>Chrysler Center<br>666 Third Avenue, 25th Floor<br>New York, New York 10017<br>(212) 935-3000<br>FEarley@mintz.com<br>TMcMahon@mintz.com<br><br>*Attorneys for Defendants HDG Mansur*<br>*Investment Services, Inc., HDGM Advisory*<br>*Services, Inc., and Harold D. Garrison* |