# WILMERHALE

October 11, 2013

**Charles C. Platt**

+1 212 230 8860 (t)
+1 212 230 8888 (f)
charles.platt@wilmerhale.com

**Via ECF**

Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Courtroom: 14C
New York, NY 10007-1312

Re: *GPIF-I Equity Co., Ltd., et al. v. HDG Mansur Investment Services, Inc., et al.*,
Case No. 13 Civ. 547 (CM)

Dear Judge McMahon:

I write on behalf of GPIF-I Equity Co., Ltd. and GPIF-I Finance Co., Ltd. ("Plaintiffs") in the above-captioned matter. On September 16, 2013, Plaintiffs filed a Motion for Summary Judgment on Defendants' Counterclaims. On September 25, 2013, Defendants filed a Letter Motion for Extension of Time to File Response/Reply, which the Court granted on September 26, 2013, extending the September 30, 2013 deadline to October 8, 2013. On October 7, 2013, Defendants filed a Cross-Motion for Partial Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment.

In accordance with your Individual Practice and Procedures, Plaintiffs' reply in support of their Motion for Summary Judgment on Defendants' Counterclaims is due by October 15, 2013, and Plaintiffs' opposition to Defendants' Cross-Motion for Partial Summary Judgment is due by October 21, 2013.

Rather than file two separate briefs, Plaintiffs respectfully request that they be allowed to file a single brief in further support of their Motion and in opposition to Defendants' Cross-Motion on or before October 21, 2013. This is Plaintiffs' first request for such an extension, and Defendants have consented to this request. Plaintiffs have also consented to Defendants' request that Defendants may file any reply on their Cross-Motion seven business days after service of Plaintiffs' joint reply-opposition.

Respectfully submitted,

*Charles Platt/TK*

Charles C. Platt

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington

WILMERHALE

October 11, 2013
Page 2


cc:     Francis J. Earley, Esq. (via ECF and email)
        John S. McMahon III, Esq. (via ECF and email)