UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GPIF-I EQUITY CO., LTD.,

         Plaintiff,  :  13 Civ. 0547 (CM)(AJP)

    -against-  :  **ORDER SCHEDULING**
                                     :  **STATUS CONFERENCE**
HDG MANSUR INVESTMENT SERVICES, INC., et al.,

         Defendants.
                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ANDREW J. PECK, United States Magistrate Judge:**

        IT IS HEREBY ORDERED at the parties request that the November 1, 2013 is adjourned to December 5, 2013 at 9:30 AM before the undersigned in Courtroom 20D (500 Pearl Street). All other deadlines remain unchanged. (In the future, such request should be by letter filed with ECF.)

        SO ORDERED.

Dated:    New York, New York
            October 22, 2013

                                              _____
                                              **Andrew J. Peck**
                                              United States Magistrate Judge

Copies **by ECF** to:    All Counsel (ECF)
                              Judge Colleen McMahon