# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

Dated: October 25, 2013

Total Number of Pages: 2

- 11/1/13 at 10:30 AM conf. restored. Next time counsel should get their act together before writing to the court.

Copies by ECF to: All Counsel
Judge McMahon

# MINTZ LEVIN

Chrysler Center
666 Third Avenue
New York, NY 10017
212-935-3000
212-983-3115 fax
www.mintz.com

John S. "Terry" McMahon III | 212 692 6855 | tmcmahon@mintz.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/25

October [illegible], 2013

**MEMO ENDORSED** 10/25/13

11/1 at 10:30 conf restored. Most time around should get this out together before writing to the Court.

SO ORDERED

Hon. Andrew Jay Peck
United States Magistrate Judge

cc/MECF   AJP   [signatures]

**VIA ECF**

Hon. Andrew J. Peck
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *GPIF-I Equity Co., Ltd. et al. v. HDG Mansur Investment Services, Inc., et. al.*,
Case No. 13 Civ 547 (CM)

Dear Judge Peck:

I am counsel for HDG Mansur Investment Services Inc. and HDGM Advisory Services, LLC ("Defendants") in the above-referenced matter. Yesterday, the Court adjourned a discovery hearing in this matter, previously scheduled for Friday, November 1, 2011, at 10:30 a.m., to Thursday, December 5, 2013, at 9:30 a.m.

I write today to request, with the consent of counsel for Plaintiffs, that the November 1, 2013 hearing be restored to the Court's calendar. In light of the short timeframe for discovery in this matter, the parties agree that a regular conference would aid in the expeditious resolution of discovery disputes. If the time for the previously scheduled hearing is no longer available, the parties request a hearing as soon thereafter as is convenient for the Court.

The parties are available at the Court's convenience to discuss the above request.

Respectfully submitted,

Terry McMahon

cc: Charles C. Platt, Esq.
    Stephanie D. Shuler, Esq.
    Fiona J. Kaye, Esq.
    Francis J. Earley, Esq.

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

BOSTON | WASHINGTON | NEW YORK | STAMFORD | RESTON | LOS ANGELES | PALO ALTO | SAN DIEGO | LONDON