AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| GPIF-I EQUITY CO,, LTD. et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 13 Civ 547 (CM) |
| HDG MANSUR INVESTMENT SERVICES, INC., et l | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HDG Mansur Investment Services, Inc., HDGM Advisory Services, LLC, and Harold D. Garrison   .

Date:   10/31/2013

s/Scott A. Rader
*Attorney's signature*

Scott A. Rader
*Printed name and bar number*

Chrysler Center
666 Third Avenue, 25th Floor
New York, New York 10017
*Address*

SARader@mintz.com
*E-mail address*

(212) 935-3000
*Telephone number*

(212) 983-3115
*FAX number*