UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GPIF-I EQUITY CO., LTD. et al.,                                :
                    Plaintiff,                                 :
        v.                                                     :
HDG MANSUR INVESTMENT SERVICES,                                :    Civ. Action No. 13 Civ 547 (CM)
INC., et al.,                                                  :
                    Defendants.                                :
                                                               :
                                                               :
                                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE:

PLEASE TAKE NOTICE that Fiona J. Kaye of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 7 World Trade Center, 250 Greenwich Street, New York, New York 10007, hereby appears on behalf of Plaintiffs GPIF-I Equity Co., Ltd., GPIF-I Finance Co., Ltd., and Third Party Defendant HSBC Securities (USA) Inc.  I hereby certify that I am admitted to practice in this District and am a member in good standing of this court.

Dated: New York, New York
         November 5, 2013

                                        Respectfully submitted,

                                        WILMER CUTLER PICKERING HALE
                                         AND DORR LLP

                                        By: /s/ Fiona J. Kaye_____
                                        Fiona J. Kaye

7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888

*Attorney for Plaintiffs GPIF-I Equity Co., Ltd., GPIF-I Finance Co., Ltd., and Third Party Defendant HSBC Securities*