MINTZ LEVIN

Francis J. Earley | 212 692 6230 | fearley@mintz.com

Chrysler Center
666 Third Avenue
New York, NY 10017
212-935-3000
212-983-3115 fax
www.mintz.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 11-12-13

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED:

November 8, 2013

**VIA ECF**

Honorable Andrew J. Peck
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RECEIVED
NOV 08 2013
CHAMBERS OF
ANDREW J. PECK

**Re:** *GPIF-I Equity Co., Ltd., et al. v. HDG Mansur Investment Services, Inc., et al.*, Case No. 13 Civ. 547 (CM)

Dear Judge Peck:

On behalf of the Defendants in the above-captioned action, we write as a follow-up to our November 1, 2013 discovery conference in which the Court ordered the parties to engage in good faith discussions to resolve their outstanding disputes regarding their privilege logs. Per the Court's request, the parties had a series of good-faith conversations this week and were able to resolve successfully all outstanding issues but one: whether Jeffrey Haroldson's communications with Plaintiffs can be withheld on privilege grounds from Defendants during the time period in which both parties contemporaneously recognized he was employed by Defendants (and during which Plaintiffs will contend he provided legal services to Plaintiffs).

We respectfully request guidance from the Court with respect to how to proceed and would like to resolve this issue using whichever procedure that the Court prefers (i.e., brief teleconference, submission of a short letter with each party limited to two pages, etc.). We very much appreciate the Court's assistance with this matter.

**MEMO ENDORSED** 11/12/13

SUBMIT SIMULTANEOUS LETTER-BRIEFS, NOT TO EXCEED 5 PAGES (DOUBLE SPACED), BY 11/15.

SO ORDERED

Hon. Andrew Jay Peck
United States Magistrate Judge

Respectfully,

Francis J. Earley

Francis J. Earley

cc: All Counsel of Record (via ECF)

BY ECF