UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GPIF-I EQUITY CO., LTD. et al.,

               Plaintiff,

   v.

HDG MANSUR INVESTMENT SERVICES, INC., et al.,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civ. Action No. 13 Civ 547 (CM)

## **NOTICE OF APPEARANCE**:

PLEASE TAKE NOTICE that Stephanie D. Shuler of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 7 World Trade Center, 250 Greenwich Street, New York, New York 10007, hereby appears on behalf of Plaintiffs GPIF-I Equity Co., Ltd., GPIF-I Finance Co., Ltd., and Third Party Defendant HSBC Securities (USA) Inc.  I hereby certify that I am admitted to practice in this District and am a member in good standing of this court.

Dated: New York, New York
November 18, 2013

Respectfully submitted,

WILMER CUTLER PICKERING HALE
 AND DORR LLP

By: /s/ Stephanie D. Shuler
Stephanie D. Shuler

7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888

*Attorney for Plaintiffs GPIF-I Equity Co., Ltd., GPIF-I Finance Co., Ltd., and Third Party Defendant HSBC Securities*