UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GPIF-I EQUITY CO., LTD. and                   :
GPIF-I FINANCE CO., LTD.,                     :
                                                 :
                Plaintiffs,              :
                                                 :      **Case No. 13 Civ 547 (CM)**
v.                                                   :
                                                 :
HDG MANSUR INVESTMENT SERVICES, INC.,         :
HDGM ADVISORY SERVICES, LLC, and              :
HAROLD D. GARRISON                            :
                                                 :
                Defendants.          :
-----------------------------------------------------------------x

## NOTICE OF MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' REMAINING CLAIMS

PLEASE TAKE NOTICE that Defendants HDG Mansur Investment Services, Inc., HDGM Advisory Services, LLC, and Harold D. Garrison (collectively, "Defendants"), by their undersigned attorneys, will move this Court before the Honorable Colleen McMahon for an Order pursuant to Rule 56(c) of the Federal Rules of Civil Procedure granting summary judgment in favor of Defendants and dismissing Counts I, III, IV, and V of the Complaint, which comprise of Plaintiffs' remaining claims in this action, because there is no genuine issue as to any material fact and Defendants are entitled to judgment as a matter of law.

The motion is supported by the accompanying Declaration of Francis J. Earley (with exhibits), the Statement of Material Facts, and the Memorandum of Law.

Dated: New York, New York
December 30, 2013

        MINTZ LEVIN COHN FERRIS
        GLOVSKY AND POPEO, P.C.

By: *Francis Earley* (signature)
    Francis J. Earley
    John S. McMahon III
    The Chrysler Center
    666 Third Avenue, 25th Floor
    New York, New York  10017
    Phone: (212) 935-3000
    FEarley@mintz.com
    TMcMahon@mintz.com

*Attorneys for Defendants HDG Mansur Investment Services, Inc., HDGM Advisory Services, Inc., and Harold D. Garrison*