# MINTZ LEVIN

Francis J. Earley | 212 692 6230 | fearley@mintz.com

Chrysler Center
666 Third Avenue
New York, NY 10017
212-935-3000
212-983-3115 fax
www.mintz.com

January 15, 2014

**VIA ECF**

Honorable Colleen McMahon
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

*1/17/14 Request granted.* [signature]

**Re:**  *GPIF-I Equity Co., Ltd., et al. v. HDG Mansur Investment Services, Inc., et al.,*
Case No. 13 Civ. 547 (CM)

Dear Judge McMahon:

I write on behalf of HDG Mansur Investment Services, Inc., HDGM Advisory Services, LLC, and Harold D. Garrison ("Defendants") in the above-captioned matter. On December 30, 2013, Defendants moved this Court for summary judgment on all of Plaintiffs' remaining claims. Along with their opposition papers, Plaintiffs cross-moved for partial summary judgment on their Counts III and IV. Defendants' reply papers in support of their motion for summary judgment are due on Tuesday, January 21, and their opposition papers to Plaintiffs' cross-motion for partial summary judgment are due on Monday, January 27.

Rather than file two separate briefs, in the interests of judicial efficiency, Defendants respectfully request that they be allowed to file a single brief in further support of their motion for summary judgment and in opposition to Plaintiffs' motion for summary judgment, with both due on Monday, January 27. This is Defendants' first request for an extension.

Plaintiffs have consented to Defendants' request, and Defendants have consented to Plaintiffs' request that their reply brief be due on Wednesday, February 5.

Respectfully,

Francis Earley /JP
Francis J. Earley

cc: All Counsel of Record (via ECF)

*1/17/14*

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**
BOSTON | WASHINGTON | NEW YORK | STAMFORD | LOS ANGELES | PALO ALTO | SAN DIEGO | LONDON | ISRAEL