# MINTZ LEVIN

Francis J. Earley | 212 692 6230 | fearley@mintz.com

Chrysler Center
666 Third Avenue
New York, NY 10017
212-935-3000
212-983-3115 fax
www.mintz.com

**MEMO ENDORSED**

April 1, 2014

*[Handwritten endorsement: "4/1/14 No, that won't work. I will be out of the country from April 29 – May 6. /s/ Colleen McMahon"]*

VIA ECF

Honorable Colleen McMahon
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *GPIF-I Equity Co., Ltd., et al. v. HDG Mansur Investment Services, Inc., et al.*,
Case No. 13 Civ. 547 (CM)

Dear Judge McMahon:

Upon agreement with opposing counsel, I write on behalf of HDG Mansur Investment Services, Inc., HDGM Advisory Services, LLC and Harold D. Garrison ("Defendants") to request an extension of time to file *in limine* motions in the above-captioned matter. On Friday, March 28, 2014 this Court informed all parties that the final pre-trial conference would be held on May 8, 2014 with evidentiary issues to be decided at the conference. Per Your Honor's Individual Practices and Procedures, it is our understanding that *in limine* motions are due to be filed with the Court no later than Wednesday, April 2.

GPIF-I Equity Co, Ltd. and GPIF-I Finance Co., Ltd. ("Plaintiffs") (together with Defendants, the "Parties") have consented to and join in this request for an extension of time to file *in limine* motions in this matter. The Parties respectfully request that the due date for *in limine* motions be moved to a mutually agreed upon date of April 21 with responses due on April 28.

This is the first request the Parties have made for an extension of time on *in limine* motions. This request for an extension does not affect any other scheduled date.

Respectfully,

*/s/ Francis J. Earley*
Francis J. Earley

cc: All Counsel of Record (via ECF)

*[Stamp: SDNY DOCUMENT ELECTRON... DOC #: ___ 4/1/14]*

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

BOSTON | WASHINGTON | NEW YORK | STAMFORD | LOS ANGELES | PALO ALTO | SAN DIEGO | LONDON | ISRAEL