# MINTZ LEVIN

Francis J. Earley | 212 692 6230 | fearley@mintz.com

Chrysler Center
666 Third Avenue
New York, NY 10017
212-935-3000
212-983-3115 fax
www.mintz.com

April 1, 2014

**MEMO ENDORSED**

VIA ECF

Honorable Colleen McMahon
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

4/2/14

Re: *GPIF-I Equity Co., Ltd., et al. v. HDG Mansur Investment Services, Inc., et al.*,
Case No. 13 Civ. 547 (CM)

Dear Judge McMahon:

On behalf of both Parties in this action, I write to respectfully request that the due date for *in limine* motions be moved to the mutually agreed upon date of April 10, 2014 with responses due on April 17, 2014. Per Your Honor's Individual Practices and Procedures, it is our understanding that *in limine* motions currently are due to be filed with the Court no later than Wednesday, April 2.

This is the second request the Parties have made for an extension of time on *in limine* motions. Their first request was denied due to the dates proposed. This request for an extension does not affect any other scheduled date.

Respectfully,

Francis J. Earley

cc: All Counsel of Record (via ECF)

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

BOSTON | WASHINGTON | NEW YORK | STAMFORD | LOS ANGELES | PALO ALTO | SAN DIEGO | LONDON | ISRAEL