# MINTZ LEVIN

Chrysler Center
666 Third Avenue
New York, NY 10017
212-935-3000
212-983-3115 fax
www.mintz.com

Francis J. Earley | 212 692 6230 | fearley@mintz.com

April 17, 2014



**VIA ECF**

Honorable Colleen McMahon
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

## MEMO ENDORSED

**Re:**  *GPIF-I Equity Co., Ltd., et al. v. HDG Mansur Investment Services, Inc., et al.,*
Case No. 13 Civ. 547 (CM)

Dear Judge McMahon:

On behalf of Defendants in the above-captioned action, I write to respectfully request a change in date for the upcoming Pre-Trial Conference currently scheduled for May 8, 2014. I am scheduled to fly to Orlando at 7:00 am that morning for a family vacation that I had scheduled long in advance, and respectfully ask that the Court consider moving the Pre-Trial Conference one day earlier to May 7, 2014. Plaintiffs have consented to this change.

This is the first request by either party to change the date of the Pre-Trial Conference. This change will not affect any other scheduled date.

Respectfully,

Francis J. Earley

cc: All Counsel of Record (via ECF)

Final Pre-trial conference is
re-scheduled to Friday, 5/16/14
at 11:45 am. Bench trial is scheduled
for Tuesday, 5/27/14 @ 9:30 Am.

4/24/14

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

BOSTON | WASHINGTON | NEW YORK | STAMFORD | LOS ANGELES | PALO ALTO | SAN DIEGO | LONDON | ISRAEL