UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

| | |
|---|---|
| GPIF-I Equity Co., Ltd., et. al., | 13 Civ. 547 (CM) (AJP) |
| Plaintiff(s), | **AMENDED**<br>**TRIAL NOTICE** |
| -against- | |
| HDG Mansur Investment Services, Inc., et. al., | |
| Defendant(s). | |

------------------------------------------------------X

Please take notice that the above captioned matter has been **re-scheduled for a Final Pretrial Conference before the Honorable Colleen McMahon, United States District Judge, on Friday, May 16, 2014 at 11:00 a.m., in courtroom 14C, at the U. S. District Courthouse, 500 Pearl Street, New York, New York 10007. A bench trial has been re-scheduled for Tuesday, May 27, 2014 at 9:30 a.m.** Parties are directed to file all trial documents required by Judge McMahon's Individual Practices. Originals must be filed in the Clerk's Office and courtesy copies are to be provided to chambers.

Any scheduling difficulties must be brought to the attention of the Court in writing.

Dated: April 30, 2014
New York, New York

So Ordered

_/s/ Colleen McMahon_
Colleen McMahon, U.S.D.J