UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GPIF-I EQUITY CO., LTD. and                          :
GPIF-I FINANCE CO., LTD.,                            :
                                                     :
       Plaintiffs-Counterclaim Defendants,   :
                                                     :    **Case No. 13 Civ 547 (CM)**
v.                                                   :
                                                     :
HDG MANSUR INVESTMENT SERVICES, INC.,                :
HDGM ADVISORY SERVICES, LLC, and                     :
HAROLD D. GARRISON                                   :
                                                     :
       Defendants-Counterclaim Plaintiffs.   :
-----------------------------------------------------------------x

## NOTICE OF MOTION FOR RECONSIDERATION OR CLARIFICATION

      PLEASE TAKE NOTICE that HDG Mansur Investment Services, Inc., HDGM Advisory Services, LLC, and Harold D. Garrison (collectively, "Defendants"), by their undersigned attorneys, will move this Court before the Honorable Colleen McMahon for an Order pursuant to Local Civil Rule 6.3 granting Defendants' request for reconsideration or clarification of this Court's April 30, 2014 decision granting Plaintiffs' first motion *in limine*.

      The motion is supported by the accompanying Declaration of Francis J. Earley (with exhibits) and the Memorandum of Law.

Dated: May 6, 2014  MINTZ LEVIN COHN FERRIS
      New York, New York    GLOVSKY AND POPEO, P.C.

By: _____
Francis J. Earley
Chrysler Center
666 Third Avenue, 25th Floor
New York, New York 10017
(212) 935-3000
FEarley@mintz.com

*Attorneys for Defendants HDG Mansur Investment Services, Inc., HDGM Advisory Services, Inc., and Harold D. Garrison*