UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GPIF-I EQUITY CO., LTD. and
GPIF-I FINANCE CO., LTD.,

                Plaintiffs,

v.

HDG MANSUR INVESTMENT SERVICES, INC.,
HDGM ADVISORY SERVICES, LLC, and
HAROLD D. GARRISON

                Defendants.
-----------------------------------------------------------------x

Case No. 13 Civ 547 (CM)

**DECLARATION OF**
**FRANCIS J. EARLEY**

I, Francis J. Earley, hereby declare as follows:

1. I am an attorney at the law firm Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C., where I represent Defendants HDG Mansur Investment Services, Inc., HDGM Advisory Services, LLC (together with HDG Mansur Investment Services, the "Fund Manager"), and Harold D. Garrison in the above captioned action.

2. I attach hereto as <u>Exhibit 1</u> a true and correct copy of selected emails designated by Plaintiffs or both parties as trial exhibits in this action.

3. Ian Nelson was deposed on December 12, 2013. Relevant excerpts from Mr. Nelson's deposition transcript are attached hereto as <u>Exhibit 2</u>.

4. Brian Reeve was deposed on November 21, 2013. Relevant excerpts from Mr. Reeve's deposition transcript are attached hereto as <u>Exhibit 3</u>.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on May 6, 2014

                                                          /s/ Francis J. Earley
                                                            Francis J. Earley