# **EXHIBIT 3**

```
 1
 2           UNITED STATES DISTRICT COURT
 3           SOUTHERN DISTRICT OF NEW YORK
 4   GPIF-I EQUITY CO, LTD., and    )
                                    )
 5        Plaintiffs-Counterclaim   )
          Defendants,               )
 6                                  )
                vs.                 ) Case No.
 7                                  ) 13 Civ 547(CM)
     HDG MANSUR INVESTMENT SERVICES,)
 8   HDGM ADVISORY SERVICES, LLC,   )
     and HAROLD GARRISON,           )
 9                                  )
          Defendants-Counterclaim   )
10        Plaintiffs,               )
     -------------------------------)
11   HDG MANSUR INVESTMENT SERVICES )
     INC. and HDGM ADVISORY         )
12   SERVICES, LLC,                 )
                                    )
13        Third-Party Plaintiffs,   )
                                    )
14              vs.                 )
                                    )
15   HSBC SECURITIES (USA) INC.,    )
                                    )
16        Third-Party Plaintiffs.   )
17   -------------------------------)
18                CONFIDENTIAL
19       VIDEOTAPED DEPOSITION OF BRIAN REEVE
20              New York, New York
21          Thursday, November 21, 2013
22
23
24   Reported by:
     FRANCIS X. FREDERICK, CSR, RPR, RMR
25   JOB NO. 67053
```

Page 38

```
 1       B. REEVE - CONFIDENTIAL
 2   marked Plaintiff's 17.  It's an e-mail and
 3   attachment.  The top e-mail is dated January
 4   18, 2013.
 5          Do you recognize this e-mail and        09:58
 6   attachment?
 7          (Document review.)
 8      A.  Yes.
 9      Q.  Starting with the cover e-mail,
10   the e-mail at the beginning of the chain, at   09:59
11   the bottom of the front page from Mr. Garrison
12   to you dated January 27, 2013, he asked:  "Do
13   you know the number of draws made against the
14   finance fee in 2012?  The first date, and last
15   date?"                                         09:59
16          Do you know what prompted Mr.
17   Garrison to ask for this information?
18      A.  No.
19      Q.  And then you say:  "Here is the
20   schedule."                                     09:59
21          And if we could look at the back
22   side of the page there is, in fact, a
23   schedule.  Did you prepare this schedule?
24      A.  No.
25      Q.  Do you know who did?            10:00
```

Page 39

```
 1       B. REEVE - CONFIDENTIAL
 2      A.  I believe Aaron Caperton.
 3      Q.  Did you ask him to prepare it?
 4      A.  No.
 5      Q.  Do you know who did?            10:00
 6      A.  I believe so.
 7      Q.  Who do you believe asked him to
 8   prepare it?
 9      A.  PwC auditors.
10      Q.  Okay.  When was this prepared?  10:00
11      A.  I believe earlier in January.
12      Q.  Okay.
13      A.  2013.
14      Q.  So it wasn't prepared
15   contemporaneous with the payments being made.  10:00
16      A.  Not that I'm aware of.
17      Q.  Okay.  And do you have an
18   understanding of what PwC asked be scheduled?
19      A.  I believe.
20      Q.  Okay.  What?                    10:01
21      A.  A list of the timing of the
22   payments and the amounts within the general
23   ledger account.  A specific general ledger
24   account.
25      Q.  Okay.  And when you say the timing  10:01
```

Page 40

```
 1       B. REEVE - CONFIDENTIAL
 2   of the payments, is this schedule all payments
 3   of transaction fees made during 2012?
 4      A.  No.
 5      Q.  Okay.                           10:01
 6      A.  I don't believe so.
 7      Q.  What payments are scheduled here?
 8      A.  The prepayments.
 9      Q.  Okay.  So to make sure I
10   understand, to the best of your understanding, 10:01
11   this schedule represents prepayments of
12   transaction fees paid to the fund manager
13   during 2012.
14      A.  Yes.
15      Q.  Okay.  And what do you mean by  10:02
16   prepayments?
17      A.  Payments on transactions to close
18   in the future.
19      Q.  Okay.  So these tran -- the
20   transactions connected with the properties    10:02
21   listed here had not happened at the time the
22   fees were paid to the fund manager.
23      A.  Correct.
24      Q.  Do you have an understanding of
25   whether these fees were due under the         10:02
```

Page 41

```
 1       B. REEVE - CONFIDENTIAL
 2   contracts between the GPIF funds and the fund
 3   manager at the time the payments were made?
 4          MR. EARLEY:  Objection to the form
 5      of the question.                    10:03
 6      A.  Can you repeat the question,
 7   please?
 8      Q.  Sure.
 9          Do you have an understanding as to
10   whether the fees on these properties were due 10:03
11   to be paid to the fund manager under the fund
12   management agreements at the time the payments
13   were made?
14          MR. EARLEY:  Objection to the form
15      of the question.                    10:03
16      A.  Yes.
17      Q.  What is your understanding?
18      A.  The contract allows for it.
19      Q.  Okay.  And is that view based on
20   your own review of the contracts or is that   10:03
21   something someone told you?
22      A.  My own review.
23      Q.  And the dates on the document,
24   what are those dates?
25      A.  My understanding is the dates the 10:04
```