UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
GPIF-I EQUITY CO., LTD. and
GPIF-I FINANCE CO., LTD.,

       Plaintiffs-Counterclaim Defendants,

                                                Case No. 13 Civ 547 (CM)

v.

HDG MANSUR INVESTMENT SERVICES, INC.,
HDGM ADVISORY SERVICES, LLC, and
HAROLD D. GARRISON

       Defendants-Counterclaim Plaintiffs.
----------------------------------------------------------------x

### NOTICE OF MOTION FOR RECONSIDERATION OR CLARIFICATION

PLEASE TAKE NOTICE that HDG Mansur Investment Services, Inc., HDGM Advisory Services, LLC, and Harold D. Garrison (collectively, "Defendants"), by their undersigned attorneys, will move this Court before the Honorable Colleen McMahon for an Order pursuant to Local Civil Rule 6.3 granting Defendants' request for reconsideration or clarification of this Court's April 30, 2014 decision granting Plaintiffs' first motion *in limine*.

The motion is supported by the accompanying Declaration of Francis J. Earley (with exhibits) and the Memorandum of Law.

**MEMO ENDORSED**

5/7/2014

The motion is DENIED. This is simply another attempt to make the arguments have already rejected.

Dated: May 6, 2014  
       New York, New York

MINTZ LEVIN COHN FERRIS  
GLOVSKY AND POPEO, P.C.

By: _____  
Francis J. Earley  
Chrysler Center  
666 Third Avenue, 25th Floor  
New York, New York 10017  
(212) 935-3000  
FEarley@mintz.com

*Attorneys for Defendants HDG Mansur Investment Services, Inc., HDGM Advisory Services, Inc., and Harold D. Garrison*