# MINTZ LEVIN

Francis J. Earley | 212 692 6230 | fearley@mintz.com

Chrysler Center
666 Third Avenue
New York, NY  10017
212-935-3000
212-983-3115 fax
www.mintz.com

May 15, 2014

**VIA ECF**

Honorable Colleen McMahon
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:**  *GPIF-I Equity Co., Ltd., et al. v. HDG Mansur Investment Services, Inc., et al.,*
Case No. 13 Civ. 547 (CM)

Dear Judge McMahon:

On behalf of Defendants in the above-captioned action, I write to update the Court on two topics in advance of tomorrow's pre-trial conference.  First, Defendants have informed Plaintiffs that Defendants have withdrawn Mr. Garrison, Mr. Reeve, and Mr. Cooper from their witness list.  Second, Defendants are prepared to remove a substantial number of exhibits marked for trial that we can address at the outset of tomorrow's conference.  The Parties plan to meet and confer this afternoon to discuss specifically which documents will be removed.

We are available at the Court's convenience to discuss any of the above in advance of tomorrow's conference if Your Honor deems necessary.

Respectfully,

*Francis Earley*

Francis J. Earley

cc: All Counsel of Record (via ECF)

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

BOSTON | WASHINGTON | NEW YORK | STAMFORD | LOS ANGELES | PALO ALTO | SAN DIEGO | LONDON | ISRAEL