UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- x
GPIF-I EQUITY CO., LTD. and                                   :
GPIF-I FINANCE CO., LTD.,                                     :
                                                              :
            Plaintiffs-Counterclaim Defendants,               :
v.                                                            :    13 Civ 547 (CM)
                                                              :
HDG MANSUR INVESTMENT SERVICES, INC.,                         :
HDGM ADVISORY SERVICES, LLC, and                              :
HAROLD D. GARRISON                                            :
                                                              :
            Defendants-Counterclaim Plaintiffs.               :
------------------------------------------------------------- x
```

**PLAINTIFFS' DEPOSITION DESIGNATIONS OF HAROLD GARRISON**

                WILMER CUTLER PICKERING
                  HALE AND DORR LLP

Charles C. Platt
Stephanie D. Shuler
Fiona J. Kaye
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8800
Fax: (212) 230-8888

## Harold Garrison – Nov. 15, 2013 Deposition Designations

| | |
|---|---|
| 9:17 – 10:22 | 114:7 – 114:11 |
| 11:6 – 12:9 | 137:19 – 138:7 |
| 12:20 – 13:17 | 150:6 – 150:17 |
| 17:17 – 17:19 | 156:16 – 158:8 |
| 29:11 – 30:2 | 162:21 – 163:17 |
| 38:4 – 38:13 | 166:3 – 166:9 |
| 46:5 – 46:10 | 171:19 – 173:9 |
| 46:19 – 47:8 | 175:18 – 176:9 |
| 51:4 – 51:18 | 176:15 – 176:24 |
| 52:9 – 52:19 | 191:4 – 191:22 |
| 54:6 – 54:24 | 193:8 – 194:7 |
| 55:2 – 55:5 | 221:1 – 221:19 |
| 55:18 – 56:4 | 224:10 – 224:22 |
| 58:1 – 60:2 | 229:24 – 230:12 |
| 71:7 – 71:22 | 232:20 – 234:13 |
| 72:12 – 72:25 | 235:8 – 235:16 |
| 73:8 – 73:13 | 236:12 – 238:6 |
| 79:13 – 79:22 | 243:8 – 243:13 |
| 89:3 – 89:21 | 252:2 – 254:14 |
| 92:3 – 92:11 | 267:25 – 269:3 |
| 109:8 – 109:23 | 271:4 – 271:11 |
| 110:16 – 111:5 | |

## Harold Garrison – Nov. 22, 2013 Deposition Designations

| | |
|---|---|
| 332:5 – 334:12 | |

Dated: New York, New York
May 21, 2014

      WILMER CUTLER PICKERING
        HALE AND DORR LLP

      By:   /s/ Charles C. Platt
      Charles C. Platt
      Stephanie D. Shuler
      Fiona J. Kaye
      7 World Trade Center
      250 Greenwich St.
      New York, New York 10007

      *Attorneys for Plaintiffs GPIF-I Equity Co., Ltd.*
      *And GPIF-I Finance Co., Ltd.*