UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GPIF-I EQUITY CO., LTD. and
GPIF-I FINANCE CO., LTD.,

        Plaintiffs,

v.

HDG MANSUR INVESTMENT SERVICES, INC.,
HDGM ADVISORY SERVICES, LLC, and
HAROLD D. GARRISON

        Defendants.
------------------------------------------------------------x

**Case No. 13 Civ 547 (CM)**

**SUGGESTION OF BANKRUPTCY**

Please take notice that on May 21, 2014, defendants HDG Mansur Investment Services, Inc. and HDGM Advisory Services, LLC ("Debtors") filed proceedings for relief under Chapter 11 of the United States Bankruptcy Code, 11 USC § 101 et seq. under Case No. 14-04798-JMC-11 and Case No. 14-04797-JMC-11 in the United States Bankruptcy Court for the Southern District of Indiana, Indianapolis Division.  Accordingly, pursuant to 11 U.S.C. § 362, all creditors, including the Plaintiffs herein, are stayed from, *inter alia*, the commencement or continuation of judicial, administrative or other actions or proceedings against the Debtors, the enforcement of judgments against the Debtors or property of the Debtors, any act to obtain possession of property of the estate or property from the estate, and any act to create, perfect or enforce any lien against property of the estate.  Accordingly, this action is stayed against the Debtors.

Dated: New York, New York
      May 22, 2014

Respectfully submitted,

MINTZ LEVIN COHEN FERRIS GLOVSKY
AND POPEO, P.C.


 /s/ Francis J. Earley
Francis J. Earley
MINTZ LEVIN COHEN FERRIS GLOVSKY
AND POPEO, P.C.
Chrysler Center
666 Third Avenue
New York, New York 10017
(212) 935-3000
(212) 983-3115 (Fax)
*Attorneys for Defendants*

30345539v.2