McMahon, C.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GPIF-I EQUITY CO., LTD. and
GPIF-I FINANCE CO., LTD.,

        Plaintiffs-Counterclaim Defendants,

v.                                                           Case No. 13 Civ 547 (CM)

HDG MANSUR INVESTMENT SERVICES, INC.,
HDGM ADVISORY SERVICES, LLC, and
HAROLD D. GARRISON,

        Defendants-Counterclaim Plaintiffs.
-----------------------------------------------------------------x

5/23/14

## [PROPOSED] ORDER

I hereby authorize Courtroom Connect, a Southern District of New York contracted vendor, to provide parties in the *GPIF-I Equity Co., Ltd. et al v. HDG Mansur Investment Services, Inc., et a.* with Internet connectivity and Remote Real Time Transcript feeds for the duration of the proceedings, set to begin on Tuesday, May 27, 2014. Courtroom Connect can proceed to make proper arrangements with the District Executive Office of the Court and the official court reporter. The approved attorneys and parties on the case are allowed to bring in the necessary electronic computing devices to connect to the Courtroom Connect service.

SO ORDERED

5/23/2014
Date

United States Judge Colleen McMahon

ActiveUS 127999440v.1