# MINTZ LEVIN

Francis J. Earley | 212 692 6230 | fearley@mintz.com

Chrysler Center
666 Third Avenue
New York, NY 10017
212-935-3000
212-983-3115 fax
www.mintz.com

May 30, 2014

**VIA ECF**

Honorable Colleen McMahon
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re:   *GPIF-I Equity Co., Ltd., et al. v. HDG Mansur Investment Services, Inc., et al.,*
>        Case No. 13 Civ. 547 (CM)

Dear Judge McMahon:

On behalf of Defendants in the above-captioned action, I write to respond to Plaintiffs' request for a contingent trial date in the event that on July 7, 2014 Judge Carr of the U.S. Bankruptcy Court of the Southern District of Indiana (the "Bankruptcy Court") lifts the preliminary injunction barring Plaintiffs from prosecuting their claims against Harold Garrison personally. Defendants oppose this request because it would waste judicial resources and the resources of Mr. Garrison to resume preparing now for a trial that might not occur.

If the Court decides to set a contingent trial date, which Defendants believe is unnecessary, then Defendants respectfully submit that scheduling a trial for the day after the July 7 injunction hearing is unreasonable. Defendants request that if a trial is to be calendared at this time, that it be set for a date that allows for a reasonable amount of preparation time after any decision by the Bankruptcy Court.

Respectfully,

*/s/ Francis J. Earley*
Francis J. Earley

cc: All Counsel of Record (via ECF)

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

BOSTON | WASHINGTON | NEW YORK | STAMFORD | LOS ANGELES | PALO ALTO | SAN DIEGO | LONDON | ISRAEL