**COURTESY COPY**

# WILMERHALE

May 30, 2014

**Via ECF**

[Stamp: CHAMBERS OF COLLEEN McMAHON, JUN 2 2014]

Fiona Kaye

+1 212 937 7237 (t)
+1 212 230 8888 (f)
fiona.kaye@wilmerhale.com

Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Courtroom: 14C
New York, NY 10007-1312

Re: *GPIF-I Equity Co., Ltd., et al. v. HDG Mansur Investment Services, Inc., et al.*,
Case No. 13 Civ. 547 (CM)

[Handwritten endorsement: 6/2/2014 — I have other trials scheduled all summer and I will be on vacation for first two weeks of Jury. —CM]

**MEMO ENDORSED**

Dear Judge McMahon:

I write on behalf of GPIF-I Equity Co., Ltd. and GPIF-I Finance Co., Ltd. (the "Plaintiffs" or "Funds") in the above-captioned matter to request a contingent trial date.

As the Court knows, Defendants HDG Mansur Investment Services, Inc. and HDGM Advisory Services, LLC (the "Debtors") filed for Chapter 11 bankruptcy on May 21, 2014.

On May 23, 2014, Judge Carr of the U.S. Bankruptcy Court of the Southern District of Indiana Indianapolis Division granted a preliminary injunction, enjoining the Funds from prosecuting all claims asserted or that could have been asserted against Defendant Harold D. Garrison in this Court. Judge Carr scheduled a final hearing on Debtors' motion for injunctive relief for July 7, 2014.

On May 28, 2014, Judge Carr granted the Funds' motion to modify the preliminary injunction, authorizing them to seek a contingent trial date for prosecution of the claims against Garrison for a date and time after July 7, 2014, in the event that the preliminary injunction is lifted. A copy of that Order is attached.

We respectfully request a contingent trial date between July 8, 2014, and July 17, 2014, for adjudication of the Funds' claim against Garrison. Defendants oppose this request.

Respectfully submitted,

*/s/ Fiona J. Kaye*

Fiona J. Kaye

[Filed stamp: 6/3/14]

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington

WILMERHALE

May 30, 2014
Page 2

Encl.

cc:     Counsel of Record via ECF