# MINTZ LEVIN

Chrysler Center
666 Third Avenue
New York, NY  10017
212-935-3000
212-983-3115 fax
www.mintz.com

Francis J. Earley | 212 692 6230 | fearley@mintz.com

July 9, 2014

**VIA ECF**

Honorable Colleen McMahon
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    *GPIF-I Equity Co., Ltd., et al. v. HDG Mansur Investment Services, Inc., et al.,*
Case No. 13 Civ. 547 (CM)

Dear Judge McMahon:

On behalf of Defendants in the above-captioned action, I write to respond to Plaintiffs' July 9, 2014 letter requesting a trial date in this matter. Plaintiffs' letter misstates the stipulated agreement entered into in bankruptcy court between Plaintiffs and HDG Mansur Investment Services, Inc. and HDGM Advisory Services, LLC (the "Debtors"). While the parties did agree that the preliminary injunction would extend until September 30, 2014, the Debtors did not waive their right to seek to extend or renew the injunction beyond September 30, 2014.

Given the above, we submit that it is not necessary to schedule a trial now that will occupy space on Your Honor's calendar and require both sides to resume preparing for a trial that may not occur.

Respectfully,

*Francis Earley*
Francis J. Earley

cc: All Counsel of Record (via ECF)