UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

GPIF-I Equity Co., Ltd., et al.,            13 Civ. 547 (CM) (AJP)

          Plaintiff(s),                 **AMENDED**
                                              **TRIAL NOTICE**

    -against-

HDG Mansur Investment Services, Inc., et al.,

          Defendant(s).
------------------------------------------------------X

Please take notice that the above captioned matter has been **re-scheduled** for **trial on October 6, 2014 at 9:30 a.m. in courtroom 17C, at the U. S. District Courthouse, 500 Pearl Street, New York, New York 10007.** Parties are directed to file all trial documents required by Judge McMahon's Individual Practices. Originals must be filed in the Clerk's Office and courtesy copies are to be provided to chambers.

Any scheduling difficulties must be brought to the attention of the Court in writing.

Dated: July 10, 2014

       New York, New York

So Ordered

*[signature]*

Colleen McMahon, U.S.D.J