McMahon, C.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

GPIF-I EQUITY CO., LTD. and
GPIF-I FINANCE CO., LTD.,

   Plaintiffs-Counterclaim Defendants,

v.

HDG MANSUR INVESTMENT SERVICES, INC.,
HDGM ADVISORY SERVICES, LLC, and
HAROLD D. GARRISON

   Defendants-Counterclaim Plaintiffs.

-------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/14

Case No. 13 Civ 547 (CM)

## (~~PROPOSED~~) ORDER

   I hereby authorize Courtroom Connect, a Southern District of New York contracted vendor, to provide plaintiffs in the GPIF-I Equity Co., Ltd. et al v. HDG Mansur Investment Services, Inc. et al with Internet connectivity for the duration of the proceedings, set to begin on October 6, 2014. Courtroom Connect can proceed to make proper arrangements with the District Executive Office of the Court. Plaintiffs and their attorneys are allowed to bring in the necessary electronic computing devices to connect to the Courtroom Connect service.

SO ORDERED

_9/30/2014_
Date

_[signature]_
U.S. District Judge McMahon