UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――― x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
―――――――――――――――――――――――― x

      The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

      ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned  GPIF-I Equity Co., LTD. et al. v. HDG Mansur Investment Services, Inc. et al., , No. 13-547 (CM) .

The date(s) for which such authorization is provided is (are) October 6, 2014 .

| Attorney | Device(s) |
|---|---|
| 1. Charles C. Platt | Laptop; iPad tablet; cellular phone; Blackberry |
| 2. Stephanie Shuler | Laptop; cellular phone; Blackberry |
| 3. Fiona Kaye | Laptop; cellular phone; Blackberry |

*(Attach Extra Sheet If Needed)*

      The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: 10/2/14

_____
United States Judge

Revised: February 26, 2014

## Addendum

| | |
|---|---|
| Domenic C. Cervoni | Laptop; cellular phone; Blackberry |
| Stan Maderich | Laptop; cellular phone; Blackberry |
| June Lloyd-Davies | Laptop; cellular phone; Blackberry |